# United States District Court
## Eastern District of Washington

GLEN A. LIVERMORE,

        Plaintiff,

        -against-

DEBRA TONHOFER, MD, JOHN SMITH, MD,
ROBERT HERZOG, DOC PERSONNEL, DONALD
HOLBROOK, SUPERINTENDENT OF WSP, STEVEN
SINCLAIR, SECRETARY OF DOC, KEN MOORE, PA,
JUSTIN SASSONE, PA, PATRICK PETERSON, PA,
RUTH OMAN, ARNP, NEAL RENDLEMAN, MD,
BENJAMIN RODRIQUEZ, MD, DANIEL DELP, PA,
JOHN ROGERS, DNP, ARNP, JONATHAN NEUA, PA,
SHANE RIRIE, PA, JACKIE SHUEY, PA, SARA
SMITH, MD, LOUIE FIGUEROA, PA, SCOTT LIGHT,
PA, SCOTT ARNOLD, PA, ERIN LYSTAD, PA, MARY
COLTER, MD, LISA ANDERSON_LONGANO, MD,
LINDSAY MUNRO, ARNP, PAMELYN SAARI, ARNP,
KENNETH SAWYER, MD, G. STEVEN HAMMOND, MD,
RUSTY SMITH, MEDICAL SUPERVISOR AT AHCC,
C/O HOMELEIN, WSP PERSONNEL, C/O DERRY,
WSP PERSONNEL, JOHN OR JANE DOES 1-2, WSP
PERSONNEL, AND JOHN OR JANE DOES 3-30,
CRC COMMITTEE MEMBERS,

        Defendants.

Case No. <u>4:18-cv-05075-RMP</u>
(To be filled out by Clerk's
Office only)

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.
**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

RECEIVED

Apr 26, 2018

CLERK, U.S. DISTRICT COURT

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

    ☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

    [x] 42 U.S.C. §12132

    ☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

| LIVERMORE, GLEN A. | n/a |
|---|---|
| Name (Last, First, MI) | Aliases |

| #241349 |
|---|
| Prisoner ID # |

| Washington State Penitentiary [hereinafter "WSP"] |
|---|
| Place of Detention |

| Washington State Penitentiary, 1313 N. 13th Ave. |
|---|
| Institutional Address |

| Walla Walla, Walla Walla, | Washington | 99362 |
|---|---|---|
| County, City | State | Zip Code |

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

    ☐    Pretrial detainee

    ☐    Civilly committed detainee

    ☐    Immigration detainee

    ☒    Convicted and sentenced state prisoner

    ☐    Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: DEBRA TONHOFER, MD
_____
Name (Last, First)

DOCTOR
_____
Current Job Title

Airway Heights Correctional Center (AHCC), P.O. Box 1838
_____
Current Work Address

Airway Heights          WA          99001-1838
_____
County, City          State          Zip Code

Defendant 2:    JOHN SMITH, MD
_____
Name (Last, First)

Doctor
_____
Current Job Title

WSP, 1313 N. 13th Ave.
_____
Current Work Address

Walla Walla          WA          99362
_____
County, City          State          Zip Code

**Defendant(s) Continued**

Defendant 3:

KEN MOORE, PA
_____
Name (Last, First)

Physician's Assitant
_____
Current Job Title

WSP, 1313 N. 13th Ave.
_____
Current Work Address

| Walla Walla | WA | 99362 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

JUSTIN SASSONE, PA
_____
Name (Last, First)

Physician's Assistant, 2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

| Unknown | | |
|---|---|---|
| County, City | State | Zip Code |

**Defendant(s) Continued**

Defendant 5    PATRICK PETERSON, PA
Name (Last, First)

Physician's Assistant, 2015 Member of CRC
Current Job Title

Unknown
Current Work Address

Unknown
County, City               State           Zip Code

Defendant 6    RUTH OMAN, ARNP
Name (Last, First)

2015 Member of CRC
Current Job Title

Unknown
Current Work Address

Unknown
County, City               State           Zip Code

**Defendant(s) Continued**

Defendant  7    NEAL RENLEMAN, MD
_____
Name (Last, First)

Doctor, 2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code


Defendant   8    BENJAMIN RODRIQUEZ, MD
_____
Name (Last, First)

Doctor, 2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code

**Defendant(s) Continued**

Defendant    9    DANIEL DELP, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code


Defendant    10   JOHN ROGERS, ARNP
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code

**Defendant(s) Continued**

Defendant : 11    JONATHAN NEAU, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code


Defendant    12    SHANE RIRIE, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code

**Defendant(s) Continued**

Defendant  13   JACKIE SHUEY, PA

Name (Last, First)

2015 CRC Member

Current Job Title

Unknown

Current Work Address

Unknown

County, City                    State                    Zip Code


Defendant  14   SARA SMITH, MD

Name (Last, First)

2015 CRC Member

Current Job Title

Unknown

Current Work Address

Unknown

County, City                    State                    Zip Code

**Defendant(s) Continued**

Defendant    15    LOUIE FIGUEROA, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code


Defendant    16    SCOTT LIGHT, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State              Zip Code

**Defendant(s) Continued**

Defendant   17   SCOTT ARNOLD, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State                    Zip Code


Defendant   18   ERIN LYSTAD, PA
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State                    Zip Code

**Defendant(s) Continued**

Defendant    19   MARY COLTER, MD
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                State              Zip Code


Defendant    20   LISA ANDERSON-LONGANO, MD
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                State              Zip Code

**Defendant(s) Continued**

Defendant    21    LINDSAY MUNRO, ARNP
_____
              Name (Last, First)

                2015 CRC Member
_____
              Current Job Title

                Unknown
_____
              Current Work Address

                Unknown
_____
              County, City              State              Zip Code


Defendant    22    PAMELYN SAARI, ARNP
_____
              Name (Last, First)

                2015 CRC Member
_____
              Current Job Title

                Unknown
_____
              Current Work Address

                Unknown
_____
              County, City              State              Zip Code

**Defendant(s) Continued**

Defendant    23    KENNETH SAWYER, MD
_____
Name (Last, First)

2015 CRC Member
_____
Current Job Title

Unknown
_____
Current Work Address

Unknown
_____
County, City                    State                    Zip Code


Defendant    24    G. STEVEN HAMMOND, MD
_____
Name (Last, First)

Washington Department of Corrections (DOC) Medical Director
_____
Current Job Title

DEPARTMENT OF CORRECTIONS, P.O. BOX 41118
_____
Current Work Address

OLYMPIA                    WA                    98504-1118
_____
County, City                    State                    Zip Code

**Defendant(s) Continued**

Defendant    25    STEVEN SINCLAIR
_____
Name (Last, First)

CURRENT DOC SECRETARY
_____
Current Job Title

DOC, P.O. BOX 41118                    WA        98504-1118
_____
Current Work Address

OLYMPIA                    WA        98504-1118
_____
County, City              State              Zip Code


Defendant    26    RUSTY SMITH
_____
Name (Last, First)

SUPERVISOR OF MEDICAL DEPARTMENT AT AHCC
_____
Current Job Title

AHCC, P.O. BOX 1838
_____
Current Work Address

Airway Heights,                    WA        99001-1838
_____
County, City              State              Zip Code

**Defendant(s) Continued**

Defendant    27    C/O HOMELEIN

Name (Last, First)

   Correctional Officer at WSP

Current Job Title

   WSP, 1313 N. 13th Ave.

Current Work Address

   Walla Walla,            WA         99362

County, City            State         Zip Code


Defendant    28    C/O DERRY

Name (Last, First)

   Correctional Officer at WSP

Current Job Title

   WSP, 1313 N. 13th Ave.

Current Work Address

   Walla Walla,            WA         99362

County, City            State         Zip Code

**Defendant(s) Continued**

Defendant    29    ROBERT HERZOG
_____

Name (Last, First)

DOC Headquarters Personnel
_____

Current Job Title

DOC, P.O. Box 41118
_____

Current Work Address

OLYMPIA,                          WA            98504-1118
_____

County, City                    State          Zip Code


Defendant    30    JOHN OR JANE DOES 1-2
_____

Name (Last, First)

Correctional Officers at WSP whom transported Plaintiff on 01/31/18
_____

Current Job Title

WSP, 1313 N. 13th Ave.
_____

Current Work Address

Walla Walla,                      WA            99362
_____

County, City                    State          Zip Code

**Defendant(s) Continued**

Defendant    31    DONALD HOLBROOK

Name (Last, First)

SUPERINTENDENT AT WSP

Current Job Title

WSP, 1313 N. 13th Ave.

Current Work Address

Walla Walla,                            WA                        99362

County, City                        State                Zip Code


Defendant    32    JOHN OR JANE DOES 3-30

Name (Last, First)

CRC Members whom have made decisions denying medical services

Current Job Title

Unknown

Current Work Address

Unknown

County, City                        State                Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:     Airway Heights Correctional Center, WA State Penitentiary

Date(s) of occurrence: Between April 29, 2015 through April 26, 2018

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment, Cruel and Unusual Punishment; 42 U.S.C. §12132, American

Disability Act Violations.

*State here briefly the FACTS that support your case. Describe how each defendant was
personally involved in the alleged wrongful actions, state whether you were physically injured as
a result of those actions, and if so, state your injury and what medical attention was provided to
you.*

FACTS:

1.    Plaintiff, Glen Livermore, is a prison resident whom was held at the
      Airway Heights Correctional Center (AHCC) and is currently resides at
      the Washington State Penitentiary.  Mr. Livermore has suffered with a
      back injury while being incarcerated for well over eight years.

2.    Mr. Livermore respectively present four claims in this 42 U.S.C. §1983
      and 42 U.S.C. §12132 cause of action:

      (1)  Failure to provide adequate medical pursuant to back injury;
      (2)  Failure to provide adequate medical pursuant to sores on body
      (3)  Failure to provide adequate special diabetic meals; and
      (4)  Multiple ADA violations stemming from prison conditions.

3.    The facts that are relevant to claim 1 are presented in the attached
      sworn Declaration of Glen A. Livermore in Support of His Civil Rights
      complaint, [hereinafter "Declaration"], pgs. 1-27 at ¶¶1.1-1.85.

4.   The facts that are relevant to claim 2 are presented in the attached Declaration, pgs. 27-28 at ¶¶2.86-2.94. See Ex. A.

5.   The facts that are relevant to claim 3 are presented in the attached sworn Declaration, pgs. 28-29 at ¶¶3.95-3.99. See Ex. A.

6.   The facts that are relevant to claim 4 are presented in the attached sworn Declaration, pgs. 29-30 at ¶¶4.100-4.104. See Ex. A.

7.   All defendants herein acted with deliberate indifference to my serious medical needs in color of State law and Plaintiff, as a prison resident, stood in a special relationship with Defendants.

8.   Defendants: Justin Sassone, Patrick Peterson, Ruth Oman, Neal Rendleman, Benjamin Rodriquez, Daniel Delp, John Rogers, Jonathan Neau, Shane Ririe, Jackie Shuey, Sara Smith, Louie Figueroa, Scott Light, Scott Arnold, Erin Lystad, Mary Colter, Lisa Anderson-Longano, Lindsay Munro, Pamelyn Saari, and Kenneth Sawyer were on the CRC in 2015 which denied Plaintiff from having proper medical attention in evaluating and providing the proper surgery to fix his back so the Plaintiff would not be in excruciating daily pain.  The 2015 CRC Committee would have had access to his medical files showing a clear medical need and with deliberate indifference to my serious medical need, denied Plaintiff of the necessary medical attention.  This decision was not medically acceptable under the circumstances and their decision was in a conscious disregard to an excessive risk to Plaintiff's health.

9.   Defendant Debra Tonhofer's actions of turning a blind eye to Plaintiff's serious medical needs of proper pain medication for his back, a proper referal to a neurologist to evaluate his back, a proper referal to a

Dermatologist to find out why his sores were not going away after having them for an extensive amount of time, taking his wheelchair away from him when there was an obvious need thereof which in turn forced the Plaintiff to miss meals, medical appointments, and other prison programs, was not medically acceptable under the circumstances and was in an absolute complete disregard to an excessive risk to Plaintiff's health.

10    Defendant Rusty Smith's actions of turning a blind eye to Plaintiff's serious medical needs when he was put on notice of Plaintiff's serious medical needs while the Plaintiff resided at AHCC. See Exhibit A, Declaration at ¶¶1.7-1.8.

11.    Defendant John Smith's actions of denying Plaintiff of proper pain medication for his back, failing to provide proper care in evaluating and referring Plaintiff to a Dermatologist due to the sores on Plaintiff's body which have now been in existence for years without completely going away, while Plaintiff was housed both at AHCC and WSP, were not medically acceptable under the circumstances and was in disregard to an excessive risk to Plaintiff's health.

12.    Defendant Ken Moore's actions of denying Plaintiff of proper pain medication for his back, failing to provide proper care in evaluating and referring Plaintiff to a Dermatologist due to the sores on Plaintiff's body which have now been is existence for years without completely going away, while Plaintiff resided at the WSP, was not medically acceptable under the circumstances and was in disregard to an excessive risk to Plaintiff's health.

13.    Medical Director G. Steven Hammond's actions of turning a blind eye

after being put on notice Plaintiff's serious medical needs while

Plaintiff resided at both the AHCC and the WSP. See Ex. A, Declaration

at ¶¶1.10; and the appeal process of the 2015 CRC denial.

14. C/O Homelein, C/O Derry, and John or Jane Does 1-2's actions of forcing

Plaintiff to get into a non wheelchair compliant vehicle to transport

the Plaintiff to the local hospital, knowing that the Plaintiff was in

a wheelchair and after the Plaintiff told them that he just had back

surgery and he was supposed to be transported in a wheelchair compliant

vehicle, which ultimately ripped open the wounds from Plaintiff's

recent surgery and caused under pain and suffering and a possible

permanent back injury, constitutes cruel and unusual punishment. See

Exhibit A, Declaration at ¶¶1.77-1.82

15. Defendant Robert Herzog's actions of turning a blind eye after being

put on notice of Plaintiff's serious medical needs while investigating

a grievance and failing to take any action to rectify the constitutional

violations, constitute cruel and unusual punishment.

16. Secretary of DOC, Steven Sinclair and Superintendent of the WSP, Donald

Holbrook, are sued in their official capacity as they have the

statutory authority to order Defendants to provide the necessary

medical care ask thereof in both a preliminary and permanent injunction

as ask herein.

17. It is very possible that Defendant's actions in not timely providing

the necessary medical care provided permanent damage where Plaintiff

might not be able to walk right ever again.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes     ☐ No
   If no, explain why not:

18.  The last time Plaintiff grieved the issues presented in Claim 1 was in 2014 where prison personnel stated they would not here the grievance again because of the vast amount of times I grieved the issue.  After that I was afraid to grieve the issue fearing I would never get the operation that I so desperately needed.  All other issues fully grieved.

Is the grievance process completed?     ☒ Yes     ☐ No
   If no, explain why not:

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

19.  A preliminary and permanent injunction ordering Defendants to:

   (a)  Allow Plaintiff to be properly seen by a Dermatologist to find out why the sores on his body will not go away and provide the proper relief thereof;

   (b)  Provide proper physical therapy to help Plaintiff's recovery surgery;

   (c)  Provide proper pain medication when needed while in the

recovery of surgery; and

   (d)  Provide adequate disability accommodations such as a wheelchair AND pusher to travel longer distances, handrails in cell, and a proper mattress.

20. Monetary and Punitive damages pursuant to Claim 1 in an amount to be determined at trial and all costs to bring this cause forward.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☒ Yes    ☐ No

If yes, how many?  3

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Two State Causes of Action regarding property which Plaintiff was provided relief on both.

1 federal cause in this Court, Cause No. 2:12-cv-00377-RMP, which was a denial of access to medical pursuant to the same underlying current cause for the time frame of 2009 through 2012.  The cause was dismissed without prejudice because Plaintiff did not have help in bringing the cause forward.

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| | |
|---|---|
| 4-26-18 | _____ |
| Dated | Plaintiff's Signature |

LIVERMORE, GLEN A.
_____
Printed Name (Last, First, MI)

#241349
_____
Prison Identification #

| WSP, 1313 N. 13th Ave. | Walla Walla | WA | 99362 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |

          BY SIGNING ABOVE, I declare under penalty of perjury under the laws of the United States Constitution that the foregoing is true and correct to the best of my knowledge and beliefs and that I signed this document in Walla Walla County of the State of Washington.