UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHERY DURBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. 4:18-CV-05165-SAB<br><br>**ORDER GRANTING STIPULATED SCHEDULING MOTION** |

    Before the Court is the parties' stipulated Motion Re: Scheduling Order, ECF No. 13. The motion was heard without oral argument. The parties ask the Court to adopt the agreed upon deadline for the submission of cross-motions for summary judgment. Based on the stipulation of the parties, the Court finds good cause to **grant** the motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED SCHEDULING MOTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion Re: Scheduling Order, ECF No. 13, is **GRANTED**.

2. Plaintiff shall serve and file its motion for summary judgment no later than **June 6, 2019**.

3. Defendant shall serve and file any responsive motion and memorandum no later than **July 18, 2019**.

4. Plaintiff shall serve and file any reply to Defendant's memorandum no later than **August 1, 2019**.

5. A hearing without oral argument is set for **August 15, 2019**. Oral argument may be requested by either party. If oral argument is requested, the requesting party must contact the Court at least two weeks before the date of submission to arrange a suitable date and time for oral argument to be heard.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 19th day of February 2019.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED SCHEDULING MOTION ~ 2**